UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| DEREK CORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:24-cv-00621-MPB-MJD |
| | ) | |
| BARNES, | ) | |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

On November 25, 2025, Defendant filed a Motion for Extension of Time to Conduct Exhaustion Discovery and Related Deadlines, which represented that Plaintiff Core had failed to respond to any of the exhaustion discovery served by Defendant. [Dkt. 29.] On December 1, 2025, the Court scheduled a hearing on Defendant's motion on December 11, 2025; the order specifically required Plaintiff Derek Core to appear in person at the hearing. [Dkt. 30.] Plaintiff failed to appear for the hearing as ordered. [Dkt. 32.]

The Court then issued an Order to Show Cause that ordered Plaintiff Core to appear, in person, on January 6, 2026, to show cause why he should not be sanctioned for his failure to comply with the order to appear at the December 11, 2025 hearing. [Dkt. 31.] That Order further provided: "**Derek Core is hereby advised that, if he again fails to appear for the show cause hearing, the Court will recommend the dismissal of this case for his repeated failure to comply with the Court's orders.**" [*Id.* at 1 (emphasis in original).] Plaintiff again did not appear.

Given Plaintiff's failure to comply with two orders to appear, the Undersigned believes that dismissal of this case pursuant to Federal Rule of Civil Procedure 41(b) is appropriate. Accordingly, the Undersigned **RECOMMENDS** that this case be dismissed, with prejudice.

Any objections to the Magistrate Judge's Report and Recommendation shall be filed with the Clerk in accordance with 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), and failure to timely file objections within fourteen days after service shall constitute a waiver of subsequent review absent a showing of good cause for such failure.

SO ORDERED.

Dated: 8 JAN 2026

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

| Derek Core |
| --- |
| 1848 Ludlow Ave. |
| Indianapolis, IN 46201 |